**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 20, 2017.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-17-00246-CV

**GEOFFREY S. LANCASTER, Appellant**

**V.**

**DANIEL VERDIN, INDIVIDUALLY AND D/B/A VERDE DESIGN + BUILD, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-55497**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 28, 2017. On July 6, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.